IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SOLUTIONINC LIMITED, | § § § | |
| Plaintiff, | § § | |
| v. | § | 1:20-CV-147-RP |
| SAMSUNG ELECTRONICS AMERICA, INC., | § § § § | |
| Defendant. | § § | |

## ORDER

On June 19, 2020, Plaintiff SolutionInc Limited ("SolutionInc") filed a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) indicating that the parties had agreed to dismiss all of SolutionInc's claims against Defendant Samsung Electronics America, Inc. with prejudice. (Dkt. 12). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). As nothing remains to resolve, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on June 22, 2020.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE